UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Decarlos Antonio Wright**            **Docket No. 5:12-CR-170-2D**

### Petition for Action on Supervised Release

COMES NOW Wesley J. Jackson, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Decarlos Antonio Wright, who, upon an earlier plea of guilty to Conspiracy to Distribute and Posses With Intent to Distribute 280 Grams or More of Cocaine Base (Crack) and 5 Kilograms or More of Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on January 9, 2013, to the custody of the Bureau of Prisons for a term of 158 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Decarlos Antonio Wright was released from custody on October 29, 2021, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is in agreement that participation in a program of cognitive behavioral treatment could be beneficial to him. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,          I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

/s/ Wesley J. Jackson
Wesley J. Jackson
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2551
Executed On: September 22, 2022

### ORDER OF THE COURT

Considered and ordered this __22__ day of __September__, 2022, and ordered filed and made a part of the records in the above case.

__/s/ Dever__
James C. Dever III
U.S. District Judge